# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL S. GOLDBERG, LLC<br>MICHAEL S. GOLDBERG<br>    Debtors. | Case No. 09-23370 (ASD)<br>           09-23371 (ASD)<br><br>Jointly Administered Under<br>Case No. 09-23370 |
| JAMES BERMAN, Chapter 7 Trustee for<br><br>MICHAEL S. GOLDBERG, LLC, et al<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL S. GOLDBERG, LLC,<br>MICHAEL S. GOLDBERG, EDWARD MALLEY<br>and KABLIK & LEARY, P.C. | Adv. Pro. No. 10-2082 |

## NOTICE

YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL STATUTES, INCLUDING CHAPTER 903a, THAT YOU MAY WISH TO EXERCISE CONCERNING THIS MOTION FOR A PREJUDGMENT REMEDY. THESE RIGHTS INCLUDE THE RIGHT TO A HEARING: (1) TO OBJECT TO THE PROPOSED PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE TO OR SET-OFF AGAINST THE ACTION OR A COUNTERCLAIM AGAINST THE PLAINTIFF OR BECAUSE THE AMOUNT SOUGHT IN THE MOTION FOR THE PREJUDGMENT REMEDY IS UNREASONABLY HIGH OR

BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED AGAINST YOU IS COVERED BY ANY INSURANCE THAT MAY BE AVAILABLE TO YOU; (2) TO REQUEST THAT THE PLAINTIFF POST A BOND IN ACCORDANCE WITH SECTION 52-278d OF THE GENERAL STATUTES TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM THE PREJUDGMENT REMEDY; (3) TO REQUEST THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY SOUGHT; (4) TO SHOW THAT THE PROPERTY SOUGHT TO BE SUBJECTED TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH A PREJUDGMENT REMEDY; AND (5) YOU MAY REQUEST A HEARING TO CONTEST THIS MOTION FOR PREJUDGMENT REMEDY, TO ASSERT ANY EXEMPTION OR TO MAKE A REQUEST CONCERNING THE POSTING OR SUBSTITUTION OF A BOND IN CONNECTION WITH THE PREJUDGMENT REMEDY.  SUCH REQUEST FOR HEARING MAY BE MADE BY ANY PROPER MOTION OR BY COMPLETING THE ATTACHED FORM AND RETURNING IT TO THE BANKRUPTCY COURT AT:

ZEISLER & ZEISLER, P.C. • ATTORNEYS AT LAW
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625

United States Bankruptcy Court
District of Connecticut
Hartford Division
450 Main Street
Hartford, CT  06103

                        THE TRUSTEE
                        JAMES BERMAN

By:   /s/ Lawrence S. Grossman
       Lawrence S. Grossman, Esq. (ct15790)
       ZEISLER & ZEISLER, P.C.
       558 Clinton Avenue
       Bridgeport, Connecticut 06605
       Telephone: 203-368-4234
       Facsimile: 203-367-9678
       Email: lgrossman@zeislaw.com