## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. GOLDBERG, LLC | ) | Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG | ) | 09-23371 (ASD) |
| Debtors. | ) | |
| | ) | Jointly Administered Under |
| | ) | Case No. 09-23370 |
| JAMES BERMAN, Chapter 7 Trustee for | ) | |
| | ) | |
| MICHAEL S. GOLDBERG, LLC, et al | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 10-2082 |
| v. | ) | |
| | ) | |
| MICHAEL S. GOLDBERG, LLC, | ) | |
| MICHAEL S. GOLDBERG, EDWARD MALLEY | ) | |
| and KABLIK & LEARY, P.C. | | |

### DEFENDANT'S CLAIM AND REQUEST FOR HEARING
(to be completed by Defendant)

I, the defendant named below, request a hearing to contest the motion for prejudgment remedy, claim an exemption or request the posting or substitution of a bond. I claim ("X" the appropriate boxes):

_____ that the amount sought in the motion for prejudgment remedy is unreasonably high.

_____ that any judgment that may be rendered is adequately secured by insurance.

_____ that the plaintiff be required to post a bond to secure me against any damages that may Result from the prejudgment remedy.

_____ a defense, counterclaim, set-off, or exemption.

_____ that I be allowed to substitute a bond for the prejudgment remedy.

I certify that a copy of the above claim was mailed/delivered to the plaintiff or the plaintiff's attorney on the date mailed/delivered shown below:

_____     _____     _____
Date copy(ies) mailed/delivered     Signed (Defendant)     Date Signed


_____
Type or print name and address of Defendant


_____
Name and address of each party served