UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. GOLDBERG, LLC | ) | Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG | ) | 09-23371 (ASD) |
| Debtors. | ) | Jointly Administered Under |
| | ) | Case No. 09-23370 |
| JAMES BERMAN, Chapter 7 Trustee for | ) | |
| MICHAEL S. GOLDBERG, LLC, and | ) | |
| MICHAEL S. GOLDBERG | ) | |
| Plaintiff | ) | Adv. Pro. No. 10-2082 |
| v. | ) | |
| EDWARD MALLEY, ET AL. | ) | |
| Defendants | ) | |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING AS TO DEFENDANT
POLIVY & TASCHNER, LLC, TRUSTEE**

Pursuant to Federal Rule of Bankruptcy Procedure 7041(a)(1)(A), plaintiff, James Berman, Trustee hereby provides notice that the above-captioned action, as against defendant, Polivy & Taschner, LLC, is hereby dismissed, without prejudice.

                                 THE TRUSTEE
                                 JAMES BERMAN

By:   /s/ Lawrence S. Grossman
       Lawrence S. Grossman, Esq. (ct15790)
       ZEISLER & ZEISLER, P.C.
       558 Clinton Avenue
       Bridgeport, Connecticut 06605
       Telephone: 203-368-4234
       Facsimile: 203-367-9678
       Email: lgrossman@zeislaw.com

## CERTIFICATE OF SERVICE

This is to certify that the *Notice of Dismissal of Adversary Proceedings as to Defendant Polivy & Taschner, LLC, Trustee* was filed electronically on the 2nd day of December, 2010, served via e-mail by operation of the Court's CM/ECF System and served via regular mail, postage prepaid, to the following:

Michael Goldberg
Michael Goldberg, LLC
c/o Gregory F. Arcaro, Esq.
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107

Craig S. Taschner, Esq.
Polivy & Taschner, LLC
Six Central Row, 2nd Floor
Hartford, CT 06103

By: /s/ Lawrence S. Grossman
Lawrence S. Grossman, Esq. (ct15790)