UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT (HARTFORD)

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
|  | ) | CASE NO. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG, LLC | ) | CASE NO. 09-23371 (ASD) |
| MICHAEL S. GOLDBERG | ) |  |
|  | ) | (Jointly Administered) Under |
| Debtors | ) | CASE NO. 09-23370 |
|  | ) |  |
|  | ) |  |
| JAMES BERMAN, Chapter 7 Trustee for | ) |  |
| MICHAEL S. GOLDBERG, LLC, et al | ) |  |
|  | ) |  |
| Plaintiffs, | ) | Adversary Proceeding |
|  | ) | No. 10-02082 |
| v. | ) |  |
|  | ) |  |
| MICHAEL S. GOLDBERG, LLC, et al. | ) |  |
|  | ) |  |
| Defendants | ) | MAY 25, 2012 |

## MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER

The following parties hereby move to quash the subpoenas *duces tecum* served upon the Keepers of Records for Bank of America and NewAlliance Bank nka First Niagara Bank or about May 15, 2012 (collectively, the "Bank Subpoenas") and for the issuance of a protective order preventing disclosure of the documents requested therein: (i) Defendant Scott LaBonte ("LaBonte"); (ii) Defendants SAL Cranston, LLC; SAL North Haven, LLC; Devcon Manchester, LLC; and Devcon Commons, LLC (collectively, the "LaBonte-related Defendants"); (iii) non-party intervenors Devman, LLC; Devfresh, LLC; Devcon Shops, LLC; Devwest, LLC; Devcon Fairhaven, LLC; Devcon Berdon, LLC; RSC Gilford, LLC; Devford, LLC; SAL East Haven, LLC; SAL NH Investments, LLC; SAL EL Investments, LLC; SAL GH Investments, LLC; SAL NB Investments, LLC; SAL Smithfield, LLC; SAL Middletown, LLC; and SAL EH Investments,

LLC (collectively, the "Non-party LLCs"); (iv) Sally LaBonte; (v) Scott LaBonte as trustee of the Scott A. LaBonte Dynasty Trust and the Scott A. LaBonte Revocable Trust (collectively, the "Trusts");[1] and Devcon Enterprises, Inc. ("Devcon Enterprises", and collectively with the Non-party LLCs, Sally LaBonte, the Trusts, the "Non-parties").

As more fully set forth in the attached memorandum of law, the Bank Subpoenas seek documents that (i) seek information regarding LaBonte and the LaBonte-related Defendants that has already been disclosed in this action in response to a motion to disclose property filed by the Trustee in conjunction with prejudgment remedies and (ii) to the extent they relate to the Non-parties, who have no involvement in this action, are irrelevant.  Additionally, the Bank Subpoenas were not timely served on the Movants as required pursuant to Connecticut General Statutes Section 36a-43(a).  Trial has already been held in this action; the parties are merely awaiting the Court's judgment.  The Trustee already has a prejudgment remedies against LaBonte and the LaBonte-related Defendants.  LaBonte has disclosed his assets to the Trustee in reply to a motion to disclose assets, with which he fully complied.  Considering that trial has already been held, there is no conceivable reason that would support the discovery as to the Non-parties.  Under these circumstances, there is no legitimate purpose for the discovery sought by the Trustee in the Bank Subpoenas.  Therefore, it is respectfully requested that the Bank Subpoenas be quashed and a protective order be entered preventing disclosure of the documents sought therein.

---

[1] Scott LaBonte is a Defendant in this action only in his individual capacity.

        DEFENDANTS AND INTERVENORS, SCOTT LABONTE; SAL CRANSTON, LLC; SAL NORTH HAVEN, LLC; DEVCON MANCHESTER, LLC; DEVCON COMMONS, LLC; DEVMAN, LLC; DEVFRESH, LLC; DEVCON SHOPS, LLC; DEVWEST, LLC; DEVCON FAIRHAVEN, LLC; DEVCON BERDON, LLC; RSC GILFORD, LLC; DEVFORD, LLC; SAL EAST HAVEN, LLC; SAL NH INVESTMENTS, LLC; SAL EL INVESTMENTS, LLC; SAL GH INVESTMENTS, LLC; SAL NB INVESTMENTS, LLC; SAL SMITHFIELD, LLC; SAL MIDDLETOWN, LLC; SAL EH INVESTMENTS, LLC; SALLY LABONTE; SCOTT LABONTE AS TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST AND THE SCOTT A. LABONTE REVOCABLE TRUST; AND DEVCON ENTERPRISES, INC.

By: \_\_\_s/s_____
    Ross G. Fingold
    rfingold@shipso.com
    Fed Bar #ct05452
    Sarah Black Lingenheld
    slingenheld@shipso.com
    Fed Bar #ct28336
    Shipman, Sosensky & Marks, LLC
    20 Batterson Park Road, Suite 120
    Farmington, CT 06032
    (860) 606-1700

## **CERTIFICATION OF SERVICE**

    The undersigned hereby certifies that on the 25th day of May 2012 in accordance with Rules 7004(a), 9014 F.R. Bankr. P., I served a copy of the foregoing by electronic mail.

                                        ___s/s_____
                                           ROSS G. FINGOLD